**PURE OIL CO v HUNT, Rec**

Ohio Appeals, 1st Dist, Hamilton Co

No 4339. Decided June 26, 1933

Maxwell & Ramsey, Cincinnati, for plaintiff in error.

E. P. Moulinier, Cincinnati, and Taft, Stettinius & Hollister, Cincinnati, for defendant in error.

For full opinion see 39 OLR 435; 188 NE 738; 46 Oh Ap 329.